1    LAW OFFICES OF CHRISTIAN J. GARRIS
     CHRISTIAN J. GARRIS  SBN 175808
2    633 West Fifth Street, 28th Floor
     Los Angeles, California 90071
3    Telephone: (213) 624-2900
     Facsimile: (213) 624-2901
4    Email: cjg@christiangarris.com

5    Attorneys for Plaintiff

6
                              **JS-6**
7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ADOLFO  FLORES  dba  SATICOY    Case No. CV24-09038 FMO (PDx)
     AUTO BODY,
                                     **ORDER   RE:   STIPULATION   [11]**
12                 Plaintiff,        **FOR DISMISSAL WITH PREJUDICE**

13         vs.

14   MESA            UNDERWRITERS
     SPECIALTY         INSURANCE
15   COMPANY    and    DOES    1-10,
     inclusive;
16
                   Defendants.
17

18         The Stipulation re Dismissal with Prejudice of the parties pursuant to FRCP

19   41(a)(1)(A)(ii) having been filed, the above-captioned action and all related

20   counterclaims and cross-actions are hereby dismissed with prejudice, with each

21   party to bear their own attorneys' fees and costs.  The clerk shall close the file.

22

23   IT IS SO ORDERED.

24

25   DATED: January 16, 2025      By:_____/s/_____

26                                  Hon. Fernando M. Olguin

27                                  United States District Judge

28

                              **Order**